# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS

* * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| MARTIN D. CASPER, | * | No. 14-197V |
| | * | |
| Petitioner, | * | Special Master Moran |
| | * | |
| v. | * | Filed: August 17, 2015 |
| | * | |
| SECRETARY OF HEALTH | * | Stipulation; influenza ("flu") |
| AND HUMAN SERVICES, | * | vaccine; Acute Disseminated |
| | * | Encephalomyelitis ("ADEM"). |
| Respondent. | * | |

* * * * * * * * * * * * * * * * * * * *

Lisa A. Roquemore, Esq., Rancho Santa Margarita, CA, for Petitioner;
Michael Milmoe, United States Dep't of Justice, Washington, DC, for Respondent.

## UNPUBLISHED DECISION ON FEES AND COSTS[1]

On August 11, 2015, petitioner filed a stipulation of fact concerning final attorneys' fees and costs in the above-captioned matter. Previously, petitioner on July 30, 2015, petitioner file a motion for attorneys' fees and costs ("application"). Upon review of petitioner's application, respondent raised objections to certain items. Based on subsequent discussions, petitioner amended his application to request $46,616.66, an amount to which respondent does not object. The Court awards this amount.

On March 10, 2014, Martin D. Casper filed a petition for compensation alleging that the influenza vaccine, which he received on November 12, 2007, caused him to suffer acute disseminated encephalomyelitis ("ADEM"). Petitioner received compensation based upon the parties' stipulation. Decision, issued July 28, 2015. Because petitioner received compensation, he is entitled to an award of attorneys' fees and costs. 42 U.S.C. § 300aa-15(e).

---

[1] The E-Government Act of 2002, Pub. L. No. 107-347, 116 Stat. 2899, 2913 (Dec. 17, 2002), requires that the Court post this decision on its website. Pursuant to Vaccine Rule 18(b), the parties have 14 days to file a motion proposing redaction of medical information or other information described in 42 U.S.C. § 300aa-12(d)(4). Any redactions ordered by the special master will appear in the document posted on the website.

Petitioner seeks a total of **$44,169.00**, in attorneys' fees and costs for his counsel. Additionally, in compliance with General Order No. 9, petitioner states that he incurred **$2,447.66**, in out-of-pocket litigation expenses while pursuing this claim. Respondent has no objection to the amount requested for attorneys' fees and costs.

After reviewing the request, the Court awards the following:

a. **A lump sum of $44,169.00, in the form of a check made payable to petitioner and petitioner's attorney, <u>Lisa A. Roquemore</u>, for attorneys' fees and other litigation costs available under 42 U.S.C. § 300aa-15(e).**

b. **A lump sum of $2,447.66, payable to petitioner, Martin D. Casper, for costs he incurred in pursuit of his petition.**

The Court thanks the parties for their cooperative efforts in resolving this matter. The Clerk shall enter judgment accordingly.

Any questions may be directed to my law clerk, Mary Holmes, at (202) 357-6360.

**IT IS SO ORDERED.**

<u>s/Christian J. Moran</u>
Christian J. Moran
Special Master